Eric Glatt, Alaska Bar No. 1511098
ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Lane, Ste. 207
Anchorage, AK 99503
Tel: (907) 258-0044
Fax: (907) 258-0288
E-mail: eglatt@acluak.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Brian F. Hall,**<br><br>                  Plaintiff,<br><br>    v.<br><br>**State of Alaska, Department of Corrections,**<br><br>                  Defendant. | No. 3:16-cv-00268-TMB |

**Plaintiff's Request for Oral Argument**

Pursuant to U.S. District Court of the District of Alaska Local Rule 7.2(a), Plaintiff Brian Hall requests oral argument on his Motion for Summary Judgment, at Docket No. 29, on his claims that Defendant Alaska Department of Corrections violated his rights under the Religious Land Use and Institutionalized Persons Act and the Alaska Constitution.

Dated: May 25, 2018

                                      <u>s/ Eric Glatt</u>
                                      Eric Glatt, No. 1511098
                                      ACLU OF ALASKA FOUNDATION
                                      1057 W. Fireweed Lane, Ste. 207

Anchorage, AK 99503  
Tel: (907) 258-0044  
E-mail: eglatt@acluak.org  
Attorney for Plaintiff

## Certificate of Service

I certify that a copy of this document was served through the court's CM/ECF electronic filing system on Matthias Cicotte.

Dated: May 25, 2018          By: s/ Eric Glatt

ACLU OF ALASKA FOUNDATION  
1057 W. Fireweed Ln. Suite 207  
Anchorage, Alaska 99503  
TEL: 907.258.0044  
FAX: 907.258.0288  
EMAIL: legal@acluak.org

*Hall v. State*  
PL'S REQUEST FOR ORAL ARGUMENT  
Case No. 3:16-cv-00268-TMB                                    Page 2 of 2

Case 3:16-cv-00268-TMB   Document 46   Filed 05/25/18   Page 2 of 2